UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RIVERS, | Case No. 2:16-cv-03068-JGB (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 2, 2020

_____
HONORABLE JESUS G. BERNAL
United States District Judge